THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* TONY CARLSONAKAS and GUSTANTINE J. FLESSAS, Appellants.

(Submitted October 8, 1934; decided October 23, 1934.)

*Francis Martocci* and *Merwin F. Le Vine* for appellants.
*William Copeland Dodge*, District Attorney (*Erwin N. Schapira* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: LEHMAN and LOUGHRAN, JJ.